IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIGRAN KETSOYAN, ) <br> ) <br> ) <br> Defendant and ) <br> Judgment Debtor. ) <br>_____) <br> ) <br> ASSAEL AUTOMOTIVE, ) <br> ) <br> Garnishee. ) <br>_____) | 2:07MC00011-FCD <br> (CR S 00-115-FCD) <br><br> ORDER OF CONTINUING <br> GARNISHMENT PURSUANT TO <br> STIPULATION (Voluntary) |

    Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

    IT IS HEREBY ORDERED that the garnishee Assael Automotive shall withhold each month and remit to the United States District

/////

/////

1

1  Court,  $100.00 of defendant's disposable earnings**\***, until the
2  judgment is paid in full, or until further order of the Court.
3  DATED: March 23, 2007.

```
                              _____
                              DALE A. DRODZ
                              UNITED STATES MAGISTRATE JUDGE
```

7  Ddad1/orders.civil/ketsoyan0011.ord

25  **\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u>
26  employee retirement system)